**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERTA SERAFINE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No.: 2:15-cv-03937-JCJ |
| CITIBANK, N.A., | : |
| | : |
| Defendant. | : |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Daniel JT.McKenna* | */s/ Craig Thor Kimmel* |
| Daniel JT McKenna, Esq. | Craig Thor Kimmel, Esq. |
| Ballard Spahr, LLP | Kimmel & Silverman, P.C. |
| 1735 Market Street, 51st Floor | 30 East Butler Pike |
| Philadelphia, PA 19103-7599 | Ambler, PA 19002 |
| Phone: (215) 665-8500 | Phone: (215) 540-8888 |
| Fax: (215) 864-8999 | Email: kimmel@creditlaw.com |
| Email: mckennad@ballardspahr.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| | |
| Date: March 29, 2016 | Date: March 29, 2016 |

BY THE COURT:

_____
                                                              J.

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 18th day of March, 2016:

Daniel JT McKenna, Esq.
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 665-8500
Fax: (215) 864-8999
Email: mckennad@ballardspahr.com

Christopher N. Tomlin, Esq.
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 665-8500
Fax: (215) 864-8999
Email: tomlinc@ballardspahr.com

                                        */s/ Craig Thor Kimmel*
                                        Craig Thor Kimmel, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Email: kimmel@creditlaw.com
                                        Attorney for the Plaintiff